UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE No. 8:19-mj-1770-T-JSS

THOMAS HILL

_____

ORDER OF DETENTION

THIS CAUSE came on to be heard at the time of the defendant's initial appearance. For the following reasons, the defendant should be detained without bail.

The defendant is charged in this case with the enticement of a minor and production of child pornography in violation of 18 U.S.C. 2422(b) and 2251(a). In light of these offenses, there is a presumption under 18 U.S.C. 3142(e)(3)(E) that the defendant should be detained if probable cause is established. Because the defendant waived a preliminary hearing, probable cause has been established to believe that the defendant committed the offenses alleged in the complaint.

The government requested that the defendant be detained, and the defendant challenged that request. The circumstances of this case are extremely perverted. Consequently, if the defendant is released, he would present a clear and convincing danger to the community.

Moreover, a violation of § 2251(a) carries a fifteen-year minimum mandatory sentence. The evidence in this case is overwhelming, and the defendant is facing a severe penalty. That provides a compelling reason to flee. Therefore, the defendant should be detained.

It is, therefore, upon consideration,

ORDERED:

1. That the defendant, THOMAS HILL, is hereby **DETAINED** without bail.

2. That the defendant is hereby COMMITTED to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3. That the defendant shall be afforded reasonable opportunity for private consultation with counsel.

4. That the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States Marshal for the purpose of appearing in court.

DONE and ORDERED at Tampa, Florida, this 10th day of June, 2019.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE